# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2139. THE STATE v. SHEPPARD.**

In the above-styled case, the State appeals from an order of the Superior Court of Chatham County granting Joslyn Sheppard's motion to quash Indictment No. CR13-0298-J6. Sheppard has filed a motion to dismiss the appeal as moot.

The record shows that, on May 1, 2013, the State re-indicted Sheppard for the same offenses in Indictment No. CR13-0828-J6. The case proceeded to a jury trial, and, on October 17, 2013, the jury acquitted Sheppard on Count 2 of the indictment. The State entered an order of nolle prosequi on the remaining count of the indictment.

Under these circumstances, the above-styled appeal is DISMISSED as MOOT, pursuant to OCGA § 5-6-48 (b) (3).[1]

---

[1] "An appellate court may hear and consider evidence outside the record as transmitted from the court below that an appeal has become moot. . . . Where the appellant either admits the existence of the fact of mootness as claimed by the appellee or fails to deny the existence of the same, the appeal will be dismissed." (Footnotes omitted.) *Poetter v. State*, 244 Ga. App. 675, 676 (536 SE2d 576) (2000).



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* 11/01/2013
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*